**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF WEST VIRGINIA**
**AT CHARLESTON**

| | |
|---|---|
| IN RE:  ETHICON, INC., PELVIC REPAIR SYSTEM PRODUCTS LIABILITY LITIGATION | Master File No. 2:12-MD-02327 MDL No. 2327 |
| THIS DOCUMENT RELATES TO *Kathleen Fitzgerald v. Ethicon, Inc. et al.*, 2:15-cv-07555 | JOSEPH R. GOODWIN U.S. DISTRICT JUDGE |

### JOINT STIPULATION TO DISMISS WITH PREJUDICE

Plaintiff, Kathleen Fitzgerald, and Defendants Johnson & Johnson, Inc., Ethicon, Inc., and Ethicon LLC (collectively, the "Ethicon Defendants"), jointly stipulate and agree to the dismissal of this action with prejudice and all claims against the Ethicon Defendants which were, or could have been asserted, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  Each party shall bear her or its own costs.

Respectfully submitted,

/s/ Doris A. Kim
Doris A. Kim
Gray & White
Suite 200
713 East Market Street
Louisville, KY 40202
502-805-1800
dkim@grayandwhitelaw.com
*Counsel for Plaintiffs*

/s/ William M. Gage
William M. Gage (MS Bar #8691)
Butler Snow LLP
1020 Highland Colony Parkway
Suite 1400 (39157)
P.O. Box 6010
Ridgeland, MS 39158-6010
(601) 985-4561
william.gage@butlersnow.com

/s/ Susan M. Robinson
Susan M. Robinson (W. Va. Bar #5169)
Thomas Combs & Spann PLLC
300 Summers Street
Suite 1380 (25301)
P.O. Box 3824
Charleston, WV 24338
(304) 414-1800

srobinson@tcspllc.com

*Counsel for the Ethicon Defendants*

CERTIFICATE OF SERVICE

I certify that on this date I electronically filed this document with the clerk of the court using the CM/ECF system, which will send notification of this filing to CM/ECF participants registered to receive service in this MDL.

/s/ William M. Gage

41253764.v1